UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROPEAN NATURAL STONE COMPANY, INC., a California corporation,<br><br>         Plaintiff,<br><br>v.<br><br>BEDROCK CREATIONS, a business entity of unknown formation; and DOES 1 through 25, inclusive,<br><br>         Defendants.<br>_____<br>BEDROCK CREATIONS DISTRIBUTING INC., a California corporation; BULL OUTDOOR PRODUCTS, INC., a California corporation,<br><br>         Counterclaimants,<br><br>v.<br><br>EUROPEAN NATURAL STONE COMPANY, INC., a California corporation,<br><br>         Counterdefendant.<br>_____ | Case No. 05cv2023-B (BLM)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

///

///

On November 29, 2006, the Court held a telephonic, attorneys-only Case Management Conference. Appearing were John Haller on behalf of plaintiff and Charles Wu, Mark Cheung, and Vik Reddy on behalf of defendants. The case did not settle.

Per the agreement of the parties, Plaintiff is ordered to provide the following to Defendants on or before **December 8, 2006**:

(1) Supplemental responses and responsive documents and things to Defendants' Requests for Production of Documents and Things, Set One;

(2) Supplemental responses to Defendant Bull Outdoor Products, Inc.'s Requests for Admissions, Set One;

(3) Original responses to Defendant Bull Outdoor Products, Inc.'s Interrogatories, Set Two; and

(4) Original responses and responsive documents and things to Defendant Bull Outdoor Products, Inc.'s Requests for Production of Documents and Things, Set Two.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: November 29, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE RUDI M. BREWSTER
U.S. DISTRICT JUDGE

ALL COUNSEL